# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141434

THOMAS JOHN KABALA, JR.,
        Plaintiff-Appellant,

v

JP MORGAN CHASE BANK, N.A., a/k/a
JP MORGAN CHASE & CO., a/k/a CHASE
BANK, USA, and DANA RENEE TAYLOR,
GERALD MILLIKEN, DOMINIQUE MILES
and BEN RIVERA,
        Defendants-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141434
COA: 288896
Wayne CC: 08-112000-CZ

_____/

      On order of the Court, the application for leave to appeal the April 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk